AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| FRANSISCO VELAZQUEZ | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   9:26-cv-80390-AMC |
| PRIETO'S JANITORIAL SERVICES, LLC, AND KING OF CLEAN JANITORIAL SERVICES, LLC | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PRIETO'S JANITORIAL SERVICES, LLC
C/O REGISTERED AGENT: REGLA PRIETO
15057 60TH PLACE N
LOXAHATCHEE, FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAFULS LAW GROUP
CHANELLE J. RAFULS
14750 NW 77TH COURT
SUITE 208
MIAMI LAKES, FL 33016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Apr 7, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| FRANSISCO VELAZQUEZ | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| PRIETO'S JANITORIAL SERVICES, LLC, AND KING OF CLEAN JANITORIAL SERVICES, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  9:26-cv-80390-AMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KING OF CLEAN JANITORIAL SERVICES, LLC
C/O REGISTERED AGENT: LEANDRO PRIETO
311 11TH AVE SOUTH
LAKE WORTH BEACH, FL 33460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RAFULS LAW GROUP
CHANELLE J. RAFULS
14750 NW 77TH COURT
SUITE 208
MIAMI LAKES, FL 33016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Date:  Apr 7, 2026

Angela E. Noble
Clerk of Court